UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ALISON S. MAZINDA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:15-cv-00752-SEB-TAB |
| | ) | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.* | ) ) ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Defendant's Motion to Dismiss for Lack of Jurisdiction [Dkt. 20]. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Defendants' Motion to Dismiss for Lack of Jurisdiction is granted. Plaintiff is given 21 days to file an amended complaint, if there is a good faith basis for doing so. If Plaintiff does not file an amended complaint within the time allowed, this case will be dismissed with prejudice and final judgment will be entered.

SO ORDERED.

Date: 10/20/2016

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system